**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARI KRISHNA SAMI,<br><br>                Plaintiff,<br><br>        vs.<br><br>MICHELLE KING,<br>Acting Commissioner of Social<br>Security,<br><br>                Defendant | Case No.: 5:24-cv-01103-SK<br><br>ORDER AWARDING EQUAL<br>ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $7,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: <u>February 18, 2025</u>

THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE